UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 18-cr-20151-19
Hon. Matthew F. Leitman

v.

D19, ERIC TILLMAN,

    Defendant.
_____/

# ORDER DENYING EMERGENCY MOTION FOR BOND (ECF #295)

On December 5, 2018, Counsel for Defendant filed an Emergency Motion for Bond (the "Motion"). (*See* ECF #295). The Court held a hearing on the Motion on December 18, 2018. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED.** Parties to proceed as discussed on the record.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: December 18, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2018, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (810) 341-9764