UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D19, ERIC TILLMAN,

    Defendant.

Case No. 18-cr-20151-19
Hon. Matthew F. Leitman

_____/

## ORDER DENYING (1) DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 428) AND (2) TERMINATING PLAINTIFF'S MOTION TO DISMISS (ECF No. 434) AS MOOT

On December 3, 2020, Defendant Eric Tillman filed a motion for compassionate release. (*See* Tillman Mot., ECF No. 428.) The Government then moved to dismiss Tillman's motion. (*See* Gvt. Mot., ECF No. 434.) The Court held video hearings on the motions on February 24, 2021, and March 1, 2021. (*See* Notices of Hearing, ECF Nos. 441, 459.)

For the reasons stated on the record during the March 1, 2021, motion hearing, Tillman's motion (ECF No. 428) is **DENIED**. The Court therefore **TERMINATES** the Government's motion to dismiss (ECF No. 434) **AS MOOT**.

**IT IS SO ORDERED**.

Dated: March 3, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2021, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764
